LUCIAN R. BAILEY, Respondent, v. JOHN H. BERGEN,
Executor, etc., Appellant.

*Costs against executor — referee cannot allow.*

A referee has no power to allow costs against an executor or administrator, to be
levied on his property or on that of the deceased. Such costs can only be
allowed by the *court*, on motion, after trial. (2 R. S., 90, § 41; *Howe* v. *Lloyd*,
2 Lans., 335.)

Appeal from a judgment, in favor of the plaintiff, entered upon
the report of a referee.

This case has already been before the General Term upon a
former appeal, the decision being reported in 9 Supreme Court
(2 Hun), 520.

*Moses Taggart*, for appellant.     *Geo. Bowen*, for respondent.

Opinion by Merwin, J.

Present — Smith, P. J., Gilbert and Merwin, JJ.

Judgment affirmed, except as to the costs, which were stricken out
of the judgment without prejudice to an application by plaintiff
for costs, in the manner allowed by law, without costs to either party
on this appeal.